**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 96-30134
(Summary Calendar)

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MANUEL FLORES,

Defendant-Appellant.

Appeal from United States District Court
for the Eastern District of Louisiana
(USDC No. 95-CV-4291 N)

August 19, 1996

Before DAVIS, EMILIO M. GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

Manuel Flores, #02184-095, appeals from the district court's denial of his motion to vacate,

set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. He argues that the evidence was

insufficient to support his conviction for using and carrying a firearm in violation of 18 U.S.C. §

924(c)(1) in light of the Supreme Court's recent decision in Bailey v. United States, 116 S. Ct. 501

(1995). We have reviewed the record and find no reversible error. Accordingly, the judgment is

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED for essentially the reasons given by the district court.  <u>See</u> <u>United States v. Flores</u>, No. 89-220 (E.D. La. Jan. 26, 1996).

AFFIRMED.